IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SONJA LYNN S.,

        Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

        Defendant.

8:24-CV-14

ORDER

      This matter is before the Court on the Magistrate Judge's Findings and Recommendations (filing 29) recommending that the plaintiff's motion for an order reversing the Commissioner's decision (filing 13) be denied and the Commissioner's motion for an order affirming the Commissioner's decision (filing 18) be granted. Neither party has objected to the Findings and Recommendations. *See* NECivR 72.2(a).

      Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The parties were expressly admonished that they had 14 days to object and that that failing to object "may constitute a waiver of any objection." Filing 29 at 32. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will adopt the Magistrate Judge's Findings and Recommendations, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendations (filing 29) are adopted.

2. The plaintiff's Motion for an Order Reversing the Commissioner's Decision (filing 13) is denied.

3. The Commissioner's Motion for an Order Affirming the Commissioner's Decision (filing 18) is granted.

4. The plaintiff's complaint is dismissed.

5. A separate judgment will be entered.

Dated this 6th day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge